















```
JAH    3/18/04    11:08
3:04-CV-00163    SEC V. PRESTO
*70*
*O.*
```

DAVID L. OSIAS (BAR NO. 91287)
JEFFREY R. PATTERSON (BAR NO. 126148)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
501 West Broadway, Ninth Floor
San Diego, California 92101-3577
Phone: (619) 233-1155
Fax: (619) 233-1158

Attorneys for Receiver
Thomas F. Lennon

FILED
04 MAR 18 AM 9:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESTO TELECOMMUNICATIONS, INC.; ALFRED LOUIS VASSALLO, JR. aka BOBBY VASSALLO,<br><br>Defendants. | Case No. 04cv00163 IEG (WMc)<br><br>[~~PROPOSED~~] ORDER AUTHORIZING RECEIVER TO DISBURSE FUNDS FOR PROFESSIONAL SERVICES RELATING TO PRESTO MEXICO<br><br>Ctrm: 13<br>Judge: Hon. Irma E. Gonzalez |

The Court has considered the Ex Parte Application of Receiver, Thomas F. Lennon ("Receiver"), for an Order Authorizing Receiver to Disburse Funds for Professional Services Relating to Presto Mexico. Good cause appearing,

IT IS HEREBY ORDERED:

The Receiver is authorized to make the following disbursements in connection with his employment of Mexican counsel:

1. The Receiver is authorized to disburse to Emilio Carrillo, Esq., of Bufete Carrillo Gamboa, S.C., the sum of $10,000 to be applied against pre-receivership outstanding invoices to Presto Mexico, and the sum of $20,000 as a retainer for services to be rendered to the Receiver.

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

595880.01/SD

70

Case No. 04cv00163 IEG (WMc)

2.  The Receiver is authorized to disburse to Daniel Gutierrez, Esq., of Gutierrez & Diaz, the sum of $10,000 as a retainer for services rendered and to be rendered to the Receiver.

**IT IS SO ORDERED.**

Dated: 3/17/04

Hon. Irma E. Gonzalez
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY R. PATTERSON
Allen Matkins Leck Gamble & Mallory LLP
Attorneys for Receiver, Thomas F. Lennon