USDC SCAN INDEX SHEET

















```
JAH    4/13/04    11:38
3:04-CV-00163    SEC V. PRESTO
*84*
*O.*
```

```
GREGORY C. GLYNN, Cal. Bar No. 039999
DAVID S. BROWN, Cal. Bar No. 134569

Attorneys for Plaintiff
Securities and Exchange Commission
Randall R. Lee, Regional Director
Sandra J. Harris, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908
```

FILED

04 APR 13 AM 9:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESTO TELECOMMUNICATIONS, INC.; ALFRED LOUIS VASSALLO, JR. aka BOBBY VASSALLO,,<br><br>　　　　Defendants. | Case No. 04 CV 00163 IEG (POR)<br><br>[~~PROPOSED~~] ORDER REGARDING DISCLOSURE AND USE OF PRESTO INVESTOR LIST<br><br>Hearing<br>Date:　　April 2, 2004<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 13<br>　　　　　Hon. Irma E. Gonzalez |

　　　This matter came to be heard on Friday April 2, 2004, upon the Emergency Motion of Defendant Alfred Louis Vassallo, Jr., aka Bobby Vassallo ("Vassallo"), for a supplemental order amending this Court's previous Supplemental Order in Aid of Receivership Duties, entered March 9, 2004 ("Emergency Motion"). The Court heard argument from Counsel for Vassallo, Counsel for the Plaintiff Securities and Exchange Commission ("Commission"), and Counsel for the Receiver, Thomas F. Lennon ("Receiver").

　　　**Now Therefore**, the Court, having considered the documents filed in support of the Emergency Motion, together with the papers filed in opposition and response thereto, and all other evidence and argument presented regarding the Emergency Motion now rules as follows:

84

1  A. Vassallo shall within 72 hours from the date of this Order turn over all
2  records in the nature of a Investor List ("Investor List") of Presto
3  Telecommunications, Inc., ("Presto") both to the Commission and to the Receiver.
4  B. This Investor List shall contain the name, address and telephone number
5  of all persons who purchased securities, whether in the form of stock or
6  promissory notes, from Presto, Vassallo or any affiliate of either, during the period
7  from January 1, 1998 to the date of this Order. The Investor List shall also contain
8  the date of the transaction, the amount paid by the purchaser, the type of
9  instrument (e.g., stock, promissory note, or convertible note), the amount of stock
10 received or the amount of the promissory note received, distributions and
11 payments to Investors, and the dates and amounts of the distributions and
12 payments.
13 C. The Receiver, the Commission and Defendant Vassallo may use the
14 Investor List for all lawful purposes in connection with this litigation. However,
15 neither the Commission, the Receiver, nor Vassallo shall make the Investor List
16 public or disclose the identity of any investor on the Investor List to another
17 investor of Presto. All filings containing the Investor List made with the Court
18 shall be under seal and shall be accompanied by the appropriate request for the
19 Court to seal all or a portion of the filing containing the Investor List.
20 D. Nothing in this Order shall prohibit the Commission from complying
21 with Section 20(b) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §
22 77t(b), or Section 21(d)(1) of the Securities Exchange act of 1934 ("Exchange
23 Act"), 15 U.S.C. §(d)(1), relating to the transmission of evidence by the
24 Commission to the Attorney General or his designee, or otherwise from complying
25 with the Commission's rules, regulations and regular practices of transmitting
26 evidence to other law enforcement agencies and/or self-regulatory organizations.
27
28

1　　　　　E. Any request to modify this Order shall be made in writing, upon proper
2　application to this Court, and with notice to all parties.
3
4　Dated: April _9th_, 2004
5
6　　　　　　　　　　　　　　　　　　　_/s/ Irma E. Gonzalez_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
7
8
9
10
　　Presented by:
11
12
13　_/s/ Gregory C. Glynn_
　　Gregory C. Glynn
14　Attorney for Plaintiff
　　Securities and Exchange Commission
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Los Angeles, State of California, in which county the within-mentioned mailing occurred. My business address is 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing. The Commission's practice is to deposit correspondence with the United States Postal Service on the same day that it is prepared for mailing in the ordinary course of business.

On April 8, 2004, I served the following document(s):

**[PROPOSED] ORDER REGARDING DISCLOSURE AND USE OF PRESTO INVESTOR LIST**

by placing a true and correct copy in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

See Attached
**MASTER SERVICE LIST**

I then sealed the envelope with postage thereon fully prepaid and deposited it for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on April 8, 2004, at Los Angeles, California.

_____
Gregory C. Glynn

C:\Shoreline\Pleadings\GCGMAIL.POS

**SEC v. PRESTO TELECOMMUNICATIONS, INC., et al.**
United States District Court - Southern District of California
Case No. 04 CV-00163 IEG (POR) (LA-2666)

Master Service List

1. Donald E. McInnis, Esq.
   Garrison & McInnis, LLP
   2650 Camino Del Rio North
   Suite 108
   San Diego, CA 92108

   Telephone: (619) 299-4877
   Telecopier: (619) 299-4787

   *Attorneys for Defendant*
   *Alfred Louis Vassallo a/k/a Bobby Vassallo*

2. Thomas F. Lennon, Receiver
   7777 Alvarado Road, Suite 712
   San Diego, CA 91941

   Telephone: (619) 668-6680
   Telecopier: (619) 465-9288

   *Court Appointed Permanent Receiver*
   *For Presto Telecommunications, Inc.*

3. David L. Osias, Esq.
   Jeffrey R. Patterson, Esq.
   Allen Matkins Leck Gamble & Mallory, LLP
   501 West Broadway, Ninth Floor
   San Diego, California 92101-3577

   Telephone: (619) 233-1155
   Telecopier: (619) 233-1158

   *Attorneys for Court-Appointed Receiver*
   *Thomas F. Lennon*

C:\docs\Presto\\Pleadings\Master Service List Rev.wpd

1