# EXHIBIT 4

Exhibit 4 Page 29



Exhibit 4  Page 30

# Immediate Revenue - Hotels



Valley Wireless offers VoIP Services to Hotels, delivering the finest quality voice or video calling that exists today. Long Distance and Internet services can become the biggest profit centers for Hotels.

Mesh network provides voice, data, Internet, VPNs, wireless cameras, remote monitoring of personnel

- WiFi Hotspots throughout all public areas for Hotels. Valley Wireless has a long history in Hotel Telemetry

*"Our Auto-configured Wireless mesh technology is key to the delivery of Voice and Video."*
– Clay Perreault



*Digital Island Technologies*

2

Exhibit 4   Page 31

# Hotel Security and Surveillance:
## Centralized Monitoring and Access Control

- Video surveillance systems provide LIVE coverage of events as they occur from a central location
- Multiple viewers of same camera information for local and national monitoring.
- Top level control to "take command" of a camera during security incidents.
- Services also include 24X7 DVR recording and monitoring with rapid review capabilities
- Motion sensors and Intelligent computer assisted Analytics for rapid response.



*Digital Island Technologies*

3

Exhibit 4   Page 32

# Complete Solutions for Hotel Communications

High Speed Encrypted Data and Telephone for guests and hotel staff, hotel call centers and offices, video surveillance & security, GPS vehicle tracking,

- Guest telephone services
- Hotel Office Telephone
- Inbound Call Response/Booking
- Outbound resort marketing
- Wired and Wireless Hotel Staff communications

- Low cost national & international calling
- No cost calling between all Bailey hotel facilities

- Independently operational from local telephone services. IE: If local telephone Service is not operational, hotel communications continue to work throughout all locations.

- Local and centralized Camera Surveillance
- Local and centralized hotel access controls
- Environmental (SCADA) monitoring / alarms

- Live public broadcasting of special events

- Guest Internet Access
- Public Hotel Internet Access
- Hotel Staff Internet Access

- Encrypted data VPNs between hotels National & International

- Private and public Internet landing pages and advertising capabilities

*Digital Island Technologies*

Exhibit ____4____ Page __33__

# Public Safety & Surveillance




- **Mission critical connectivity**
  - Ability to use licensed 4.9 GHz frequency
  - Intra-agency and inter-agency communications
  - In-field reporting and access to information
  - Real-time video surveillance capability
  - Bio-metric data and video feeds between ambulances and emergency rooms
  - Remote doctor assessment and triage instruction

- **Wireless Video surveillance network provides 24/7 monitoring for crime prevention**
  - Ability to use multiple GHz frequencies
  - Rapidly Deployable
  - Easily Moved
  - Custom Environmental Enclosures

*Digital Island Technologies*

5

Exhibit ___4___ Page __34__

# Mobile Vehicle Solutions



- **Mobility**
  - WAN connection to municipal Wi-Fi network and to 3G Networks
  - 2-6 Mbps Broadband network connectivity up to 50 Km/Hr
  - Provides seamless, transparent mobility between networks
  - Provides local connectivity (Ethernet and Wi-Fi for laptops, telephones, and video)
- **Solutions for public safety vehicles (police, fire) trucks, trains, boats**
  - Trunk mountable, powered by 12 V car battery
  - External Wi-Fi antenna magnetically attached to trunk
  - Remote Access Routers 400 mW 802.11a/4.9 GHz radio for WAN
  - On Board Mobile Gateways 400 mW 802.11a/4.9 GHz radio for WAN
- **Ship to Shore – Connectivity for High Speed Internet and VoIP**
  - Cruise Ships within a few miles of shore, or docked, can enjoy full connectivity and all amenities the Bailey Hotels enjoy.

*Digital Island Technologies*

6

Exhibit 4   Page 35

# Infrastructure Protection



- Hotels can utilize video surveillance to monitor large areas and transmit images
- Network can connect dozens of Bora Bora Gov't buildings on to a single network that will be used for Digital telephone and encrypted data communications or Video Surveillance



*"Deliver vastly improved performance and carrier-class reliability, two criteria that are essential for effective public safety. Our solutions address all of our requirements with a price/performance solution that is unbeatable in the industry."*

— Bobby Vassallo, City Wireless Consulting

*Digital Island Technologies*

7

Exhibit ___4___ Page___36___



Exhibit  4   Page 37

# A Wireless Bora Bora -



- **Bora Bora- Digital Island:**
  - Multi Use Network - Voice, Data, Video
  - Digital Cameras throughout Island
  - Police / Fire / Ambulance Communications
  - 3rd Telecom Layer separate from existing telephone, cellular and wired systems
  - Rapidly deployable, expansion as necessary
  - Mobile Communications
  - Redundancy - Network stays alive even with multiple failures
  - Encrypted Communications
  - Broadband Internet Delivery (54mbps)
  - Wireless Hotspots across area beaches for laptop, PDA, Smart Phone network use
  - eGovernment initiatives such as bill payment, public announcements, better communications to residents – Emergency Services

*Digital Island Technologies*

Exhibit 4   Page 38

# Respectfully Presented
# Valley Wireless Holdings, LLC



Exhibit 4   Page 39

*Digital Island Technologies*   10

# EXHIBIT 5

Exhibit __5__ Page __40__

**ReCap of Fitzgerald Expenses**

Trip 1
|  | Transportation | 5543 |
|---|---|---|
|  | Lodging | 1513.46 |
|  | Meals and Misc | 990.8 |

Trip 2
|  | Transportation | 4688.76 |
|---|---|---|
|  | Lodging | 4953.69 |
|  | Meals and Misc | 6475.48 |

**TOTAL**          24165.19

Exhibit 5   Page 41

# EXHIBIT 6

Exhibit 6 Page 42

----- Original Message -----
**From:** Bobby
**To:** Lowell Fitzgerald
**Sent:** Wednesday, January 06, 2010 12:10 PM
**Subject:** Re: Friday

Business first.
Yes, I knew about the 25 last week, but Clay has ordered more. Actually, I am paying for Clay's last orders I got today, including cameras, Cisco routers, etc. As I said, I don't think we are close to $150, but we are over a hundred or so. Please do another $25 and we should be good until after the trip.

And yes, based on what Gilbert said, we are being sure that the corp is exactly right. His ownership will be in his corp, but we will have 75% of France corp.

On the lunch, we would LOVE to do that. Or, we can certainly find a good spot if Jeanine would rather not have to clean up. I would say 1pm might be good. Ask Jeanine what is best. Thanks, bv

On Wed, Jan 6, 2010 at 12:35 PM, Lowell Fitzgerald <boradream@cox.net> wrote:
Good morning Bobby,

We would love to have ya'll stop by for lunch Friday. What do you like to eat? Jeanine is an excellent cook. About what time? We have an open schedule that day.

Jeanine put in the $25,000 last week. That makes a total deposit of $90,000 for me. I'm glad I don't have to put in any more before we get back from Tahiti. That way we will know what the prospects look like there.

I thought Gilbert said the corporation needed to be French Polynesian, not French. I think it would be good to verify this with him. Maybe you already have.

If our friend Nir puts something in the container, when does he have to have it there?

Later . . .

Lowell
----- Original Message -----
**From:** Bobby
**To:** Lowell Fitzgerald
**Sent:** Wednesday, January 06, 2010 10:18 AM
**Subject:** Re: Two Less Than 9.0 Quakes

Lowell,
Clay has sent several orders in here today, and I am purchasing the last of what we need. I said 150 but it is less. Still, please get another $25 in there. I am not expecting to need any more. Maybe during or after the trip. We have to get an account opened there.

French corp has to be done a certain way and that has to do with French Telecom law, so that if we have a problem in FP, they won't be able to stall based on the corp not being proper under

Exhibit 6   Page 43

Telecom law. Jebb says his friend in Paris is getting it done. Another attorney...

Cynthia will be with me in San Diego. May we stop in on Friday? Are you home? Lunchtime? Ask Jeanine. See if anyone else can join us, assuming you can make it.
Bobby

On Mon, Jan 4, 2010 at 5:40 PM, Lowell Fitzgerald <boradream@cox.net> wrote:
You probably knew about these two quakes and that quakes below 9.0 don't usually result in significant tsunamis. However, they help sell warning systems for the bad ones. Yes!!

Lowell

(Tahitipresse) - Authorities in Solomon Islands say small tsunami waves have hit Tetepare island in Western Province. However, there are no reports of casualties or injuries.

A 7.2 magnitude quake struck 100 kilometres south east of Gizo, in Western Province shortly after 9.00am local time, Radio Australia reports.

Less than an hour earlier, an earthquake of 6 point 6 magnitude was recorded in the same area.

The head of the National Disaster Management Office in Solomon Islands, Loti Yates, told Radio Australia they are warning people to be aware of possible landslides or aftershocks.

Yates added there have been reports of larger than normal waves in some areas.

"There has been some confirmation of waves coming in but we haven't got any confirmation on casualties," Yates said.

"We are expecting a small locally generated tsunami was generated as a result of the earthquake", the head of the National Disaster Management Office in Solomon Islands added.

**ATP**

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4743 (20100104) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com


--
Bobby Vassallo
Valley Wireless

Exhibit 6 Page 44

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]  U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On September 21, 2010, I caused to be served the document entitled **DECLARATION OF LOWELL FITZGERALD FILED IN SUPPORT OF THE *EX PARTE* APPLICATIONS OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND THE TEMPORARY RECEIVER FOR AN ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AGAINST DEFENDANT ALFRED LOUIS VASSALLO, JR. AND ORDERS IMPOSING ADDITIONAL RELIEF** on all the parties to this action addressed as stated on the attached service list:

[X]  **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]  **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]  **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]  **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X]  **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[X]  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]  **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]  **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 21, 2010             /s/ David S. Brown
                                      David S. Brown

1

04 CV 00163 IEG (WMc)

**SEC v. PRESTO TELECOMMUNICATIONS, et al.**
**United States District Court - Southern District of California**
**Case No. 04 CV 00163 IEG (WMc)**
**(LA-2666)**

SERVICE LIST

Alfred Louis Vassallo, Jr. **(served by UPS)**

██████████

La Jolla, CA 92037

-and –

P.O. Box 1332 **(served by regular mail)**
La Jolla, CA 92038

**Served by email to:** bobbywireless@gmail.com; bobby@klondike.com; bv@bobbyvassallo.com; bobbyvassallo@gmail.com; prestonarryo@gmail.com; rk@firebranding.com; admin@valleywireless.us; help@citywirelessconsulting.com; admin@recentearthquakes.net; admin@bobbyvassallo.org; admin@bobbyvassallo.net; admin@alfredvassallo.net; bobby@alfredvassallo.com; admin@bobbyvassallo.com; bobby@san.rr.com; bobbyvassallo@gmail.com; bv@valleywireless.us

*Defendant Pro Se*

Jeffrey R. Patterson, Esq. **(served by CM/ECF only)**
Allen, Matkins, Leck, Gamble & Mallory LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-3541
Facsimile: (619) 233-1158
Email: jpatterson@allenmatkins.com

*Attorneys for Receiver Thomas F. Lennon*